1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8  DONALD A. REECE,                        )
                                          )
9              Petitioner,                 )        3:12-cv-00193-RCJ-WGC
                                          )
10 vs.                                     )
                                          )        ORDER
11 RENE BAKER,                             )
                                          )
12 _____Respondent._____   )

13        Petitioner has filed a second motion for appointment of counsel (ECF No. 13) and a motion for

14 default judgment (ECF No. 14). Petitioner has also opposed the respondents' recent motion for extension

15 of time (ECF No. 17).  This opposition is moot as the Court granted the additional time requested on a

16 showing of good cause by respondents.  The respondents have opposed both motions (ECF Nos. 15 and

17 16) and petitioner has filed a reply as to the motion for counsel (ECF No. 18).

18        As the Court previously noted, there is no constitutional right to appointed counsel for a federal

19 habeas corpus proceeding.  *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999

20 F.2d 425, 428 (9th Cir. 1993).  The decision to appoint counsel is generally discretionary.  *Chaney v.*

21 *Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730

22 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984).  Petitioner has presented nothing that

23 persuades the Court of a change in circumstances or that counsel is warranted now when it was not

24 warranted earlier.  The motion shall be denied.

25        Petitioner's motion for default argues that respondents have filed a request for additional time

26 to respond to the petition and has "chose not to respond" to the petition.  Respondents note that the Court

1  has ordered a response filed no later than December 19, 2012, thereby making the request for default

2  baseless.

3        The district court may enter a default judgment against a respondent who fails to plead or

4  otherwise defend. Fed.R.Civ.P. 55(a).  However, where the pleading or response is not yet due, no

5  default has occurred.  This motion shall also be denied.

6        **IT IS THEREFORE ORDERED** that petitioner's second motion for appointment of counsel

7  (ECF No. 13) and his motion for default judgment (ECF No. 14) are **DENIED.**

8        Dated this 15th day of January, 2013.

9

10

11                                          _____
                                           UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26